UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMIE A. MCADAMS, ET AL.,

                Plaintiffs,        20-cv-6861 (JGK)

    - against -                ORDER

EASTMAN KODAK COMPANY, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    Any opposition to the motion to transfer venue to the District of New Jersey, ECF No. 49, should be filed by November 10, 2020. Any reply should be filed by November 13, 2020.

SO ORDERED.

Dated:    New York, New York
          November 4, 2020

                                            John G. Koeltl
                                  United States District Judge