UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMIE A. MCADAMS AND JUDY P. MCADAMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EASTMAN KODAK COMPANY and JAMES V. CONTINENZA,<br><br>Defendants. | Honorable John G. Koeltl<br>No: 1:20-cv-06861-JGK<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: _06/11/2021_ |

**[~~PROPOSED~~] ORDER GRANTING THE MOTION OF JIMMIE A. MCADAMS AND JUDY P. MCADAMS TO TRANSFER VENUE TO THE UNITED STATES <u>DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK</u>**

Having considered the Motion of Jimmie A. McAdams and Judy P. McAdams ("Plaintiffs") to transfer venue to the United States District Court for the Western District of New York ("WDNY") (the "Motion") pursuant to 28 U.S.C. § 1404(a).

1. Plaintiffs' Motion is GRANTED.

2. The above-captioned action shall be transferred to the United States District Court for the Western District of New York pursuant to 28 U.S.C. § 1404(a) as related to *Tang v. Eastman Kodak Company*, 21-cv-06418 – EAW (W.D.N.Y.).

IT IS SO ORDERED.

DATED: 6/11/21

THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

*The Clerk is directed to close this case on the docket of this case.*

*So ordered.*

*JGKoeltl*
*U.S.D.J.*
*6/11/21*